

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on February 1, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Kevin V. Garlasco

Case No.         15-30676

Hearing Date:    2/28/2017

Judge:           John K. Sherwood

### ORDER TO SHOW CAUSE
### FOR DISMISSAL OR CONVERSION
### IN A CHAPTER 11 CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 1, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having noted the apparent inactivity of this case, it is

ORDERED that all parties in interest shall show cause on _____2/28/2017_____ at __10:00a__ .m, in the United States Bankruptcy Court, _____50 Walnut Street_____, New Jersey, Courtroom number __3D__, before the Honorable _____John K. Sherwood_____ why this case should not be dismissed or converted to Chapter 7.

It is further ORDERED that any opposing papers shall be filed not less than seven (7) days before the hearing date.

Pursuant to Fed. R. Bankr. P. 2002(a)(4), the Clerk shall provide all parties in interest with notification of this hearing not less than 21 days prior to the date set forth above.

*rev.12/1/09*