UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Scura, Wigfield, Heyer & Stevens, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Counsel for Debtor

In Re:

Kevin V. Garlasco,

Debtor.

Case No.: 15-30676

Chapter: 11

Adv. No.: 

Hearing Date: 4/18/2017 @ 10

Judge: JKS

# CERTIFICATION OF SERVICE

1. I, _____Carlos Martinez_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____SWH&S, LLP_____, who represents _____Debtor_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _____3/10/2017_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Combined Chapter 11 Plan and Disclosure Statement; Entered Order Conditionally Approving Plan and Disclosure Statement; Ballots (Impaired Classes).

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/10/2017

/s/ Carlos Martinez
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the U.S. Trustee | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  D.N.J. LBR 5005-1(d)<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kevin V. Garlasco<br>114 Maitland Ave.<br>Paramus, NJ 07652 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Additional Service List Attached | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

Toyota Motor Credit
19001 S Western Ave
Torrance, CA 90501
Attn. President, CEO, Reg. Agent

Borough of Paramus
Attn: Tax Collector
Jockish Square
Paramus, NJ 07652

Bank Of America
100 N. Tryon Street
Charlotte, NC 28255
Attn. President, CEO, Reg. Agent

Bank Of America
Po Box 982236
El Paso, TX 79998
Attn. President, CEO, Reg. Agent

IG Montague Corp.
417 Fifth Avenue
New York, NY 10016
Attn. President, CEO, Reg. Agent

Kohls/Capital One
P.O. Box 3120
Milwaukee, WI 53201
Attn. President, CEO, Reg. Agent

State of NJ Student Association
P.O. Box 548
Trenton, NJ 08625
Attn. Bankruptcy Department

Synchrony Bank/Lowes
P.O. Box 103104
Roswell, GA 30076
Attn. Bankruptcy

Target
C/O Financial & Retail Services
Mailstop BT P.O. Box 9475
Minneapolis, MN 55440

Bronx Overall Economic Development Corp.
851 Grand Concourse, Suite 123
Bronx, NY 10451
Attn. President, CEO, Reg. Agent

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

State of New Jersey
Division of Taxation
Attn: Bankruptcy Section
PO Box 245
Trenton, NJ 08695

United States Attorney
Peter Rodino Federal Building
970 Broad St., Ste. 700
Newark, NJ 07102

Attorney General
United States Dept. of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044

Bank Of America
c/o Veroneque A.T. Blake, Esq.
111 Woodcrest Rd., Ste. 200
Cherry Hill, NJ 08003

New York Dept. of Tax & Finance
Attn: Bankruptcy Section
PO Box 5300
Albany, NY 12205

State Of Nj Student As
Po Box 548
Attn: Bankruptcy Department
Trenton NJ 08625

TF Wood Ave., LLC
c/o Shapiro & Croland
411 Hackensack Ave.
Hackensack, NJ 07601

Zion First National Bank
One South Main, St. 1380
Salt Lake City, UT 84111
Attn: President, CEO, Reg. Agent

American Express
c/o Becket & Lee, LLP
PO Box 3001
Malvern, PA 19355