# SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP

ATTORNEYS AT LAW
1599 Hamburg Turnpike
P.O. Box 2031
Wayne, New Jersey 07470
Tel: (973) 696-8391    Fax: (973) 696-8571

WWW.SCURA.COM

JOHN J. SCURA III ● *
DAVID C. WIGFIELD
CHRISTOPHER HEYER ○
DAVID L. STEVENS ○
PIETRO CAMMAROTA ○
_____

CHRISTOPHER J. BALALA ●
DAVID E. SKLAR ○
GUILLERMO J. GONZALEZ ○
MARK T. MATRI ♦

\* **Certified by the Supreme Court of New Jersey as a Civil Trial Attorney**

○ Also admitted in New York
● Also admitted in Pennsylvania
♦ Also admitted in Florida

JOSEPH A. HALLOCK ♦
OF COUNSEL

**Please Reply to Wayne Office**

August 16, 2017

TO ALL ON SERVICE LIST

      Re:    **Kevin V. Garlasco**
               **Bankruptcy Case: 15-30676**
               **Bankruptcy District of New Jersey**

Dear Sir/Madam:

      Please be advised that the above - referenced debtor has filed a Chapter 11 Bankruptcy Petition on November 2, 2015.

      Enclosed is an Order setting forth your rights. Please note that if you are receiving this notification, your claim has been reclassified from general unsecured to a secured claim. See Order Amendment Schedules D, E/F attached. The Meeting of Creditors was held at the Office of the U.S. Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102 on December 9, 2015 at 9:00 a.m. The deadline to file a Proof of Claim was March 8, 2016. The filing of a Complaint to determine dischargeability of certain debts must be made 30 days from the date of the Order attached hereto. Please note that the Debtor may be examined by subpoena pursuant to D.N.J. LBR 2004-1. Thank you.

Very truly yours,

/s/ David L. Stevens
David L. Stevens

# SCURA, WIGFIELD, HEYER & STEVENS, LLP
══════════════════ ATTORNEYS AT LAW ══════════════════

AUGUST 16, 2017                                                                                                    PAGE 2

## Service List

**Via Reg. Mail**

IG Montague Corp.
417 5th Ave.
NY, NY 10016
Attn: President, CEO, Reg. Agent

Bronx Overall Economic Development
c/o Backenroth Frankel & Krinsky
800 Third Ave – 11th Ave.
NY, NY 10022

**Via CRR Mail**

TF Wood Ave. LLC
c/o Sterns Bank NA
308 N. Wood Ave.
Linden, NJ 07036

Zions First National Bank
One South Main – Ste. 1380
Salt Lake City, UT 84111
Attn: President, CEO, Reg. Agent