UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Email: dstevens@scura.com
David L. Stevens, Esq. (Attorney ID 034422007)
*Counsel for Kevin V. Garlasco*

Order Filed on March 25, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

   KEVIN V. GARLASCO,

              Debtor

Chapter 11

Case No.: 15-30676 (JKS)

Judge: John K. Sherwood, U.S.B.J.

Hearing Date and Time:
March 20, 2018 @ 10:00 am

## ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING PLAN

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: March 25, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Keven V. Garlasco
Case No.: 15-30676 (JKS)
Caption of Order: Order Finally Approving Disclosure Statement and Confirming Plan

It appearing that the Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement (Docket Entry 76) (the "Plan") dated December 12, 2017, having been transmitted to creditors and equity security holders together with a copy of the Order Conditionally Approving the Disclosure Statement, entered on December 17, 2017 (Docket Entry 78); and

It has been determined after notice and a hearing that the requirements for final approval of the Disclosure Statement has been satisfied, and it having been determined after a hearing on notice that the requirements for confirmation of the Plan under 11 U.S.C. § 1129 have been satisfied; it is hereby

**ORDERED as follows:**

1. All objections to confirmation that have not been withdrawn, waived or settled, and all reservations of rights included in such objections, are hereby overruled on the merits and denied.

2. The Disclosure Statement, made a part of the Plan, and preliminarily approved on December 17, 2017, is hereby finally approved.

3. The Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement (Docket Entry 76) (the "Plan") dated December 12, 2017 is confirmed.