UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                         Signature

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered <br> ☐ Regular mail <br> ☐ Certified mail/RR <br> ☐ Other _____ <br> (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| | | |
|---|---|---|
| **Bank Of America**<br>100 N. Tryon Street<br>Charlotte, NC 28255<br>Attn. President, CEO, Reg. Agent | **Borough of Paramus**<br>Attn: Tax Collector<br>Jockish Square<br>Paramus, NJ 07652 | **American Express Bank**<br>c/o Becket & Lee, LLP.<br>P.O. Box 3001<br>Malvern, OA 19355-0701 |
| **Attorney General**<br>United States Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | **BLDG Management Co, Inc.**<br>417 Fifth Avenue, Suite 400<br>New York, NY 10016<br>Attn. Presdient, CEO, Reg. Agent | **Bronx Overall Economic Development Corp.**<br>851 Grand Concourse, Suite 123<br>Bronx, NY 10451<br>Attn. President, CEO, Reg. Agent |
| **Bronx Overall Economic Development Corp.**<br>c/o Backenroth, Frankel & Krinsky<br>800 Third Avenue, 11th Floor<br>New York, NY 10022<br>Attn. President, CEO, Reg. Agent | **Capital One, N.A.**<br>c/o Becket & Lee, LLP.<br>P.O. Box 3001<br>Malvern, PA 19355 | **IG Montague Corporation**<br>417 Fifth Avenue, 4th Floor<br>New York, NY 10016<br>Attn. President, CEO, Reg. Agent |
| **IG Montague Corporation**<br>c/o Lawrence P. Wolf<br>6 Hemlock Hills<br>Chappaqua, NY 10514<br>Attn. President, CEO, Reg. Agent | **Internal Revenue Service**<br>P.O. Box 7346<br>Philadelphia, PA 19101 | **John Garlasco**<br>516 Otto Place<br>Paramus, NJ 07652 |
| **Kerrianne P. Garlasco**<br>114 Maitland Avenue<br>Paramus, NJ 07652 | **Kohls/Capital One**<br>P.O. Box 3120<br>Milwaukee, WI 53201<br>Attn. President, CEO, Reg. Agent | **Lawrence F. Garlasco**<br>667 Bruce Drive<br>Paramus, NJ 07652 |
| **Micael Garlasco**<br>780 Ramapo Valley Road<br>Mahwah, NJ 07430 | **New Jersey Attorney General Office**<br>Division of Law<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625 | **New Jersey Division of Taxation**<br>50 Barrack Street, 9th Floor<br>P.O. Box 245<br>Trenton, NJ 08695 |
| **New York State Dept. of Tax & Finance**<br>P.O. Box 5300<br>Albany, NY 12205<br>Attn. Bankruptcy | **Securities Exchange Commission**<br>New York Regional Office<br>3 World Financial Center, Suite 400<br>New York, NY 10281 | **State Of NJ Student Assoc.**<br>Po Box 548<br>Attn: Bankruptcy Department<br>Trenton NJ 08625 |
| **Synchrony Bank/Lowes**<br>P.O. Box 103104<br>Roswell, GA 30076<br>Attn. Bankruptcy | **Target**<br>C/O Financial & Retail Services<br>Mailstop BT P.O. Box 9475<br>Minneapolis, MN55440 | **Toyota Motor Credit Corporation**<br>P.O. Box 9013<br>Addison, Texas 75001 |
| **Two Wood, LLC.**<br>201 W. Passaic Streetm Suite 202<br>Rochelle Park, NJ 07662<br>Attn. President, CEO, Reg. Agent | **United States Attorney**<br>Peter Rodino Federal Buidling<br>970 Broad Street, Suite 700<br>Newark, NJ 07102 | **Zions First National Bank**<br>1 South Main Street<br>Salt Lake City, UT 84133<br>Attn. President, CEO, Reg. Agent |
| **Zions First National Bank**<br>c/o Norris Mclaughlin & Marcus<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ 08876<br>Attn. President, CEO, Reg. Agent | **HNLS, LLC.**<br>C/O TF Wood Ave., LLC<br>Sterns Bank N.A.<br>308 N. Wood Avenue<br>Linden, NJ 07036<br>Attn. President, CEO, Reg. Agent | **HNLS, LLC.**<br>Shapiro & Croland<br>411 Hackensack Avenue<br>Hackensack, NJ 07601<br>Attn. President, CEO, Reg. Agent |

|  |  |  |
|---|---|---|
| **Synchrony Bank**<br>c/o Recovery Mgmt. Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | **Dean Prober**<br>20750 Ventura Blvd., Suite 100<br>Woodland Hills, CA 91364 | **Marinosci Law Group, P.C.**<br>100 West Cypress Creek Rd, Suite 1045<br>Fort Lauderdale, FL 33309<br>Attn. Connie J. Delisser |
| **Udren Law Offices, P.C.**<br>111 Woodcrest Road, Suite 200<br>Cherry Hill, NJ 08003<br>Attn. Veroneque Blake | **Kaufman, Bern, Deutsch & Leibman, LLC**<br>Two Executive Drive, Suite 530<br>Fort Lee, NJ 07024<br>Attn. Bryan P. Reagan, Esq. | |